DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID FLEMING,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-414

[July 5, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 03-008700CF10C.

Dane K. Chase of Chase Law Florida, P.A., Saint Petersburg, for appellant.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***